FILED
2009 Jul-15  PM 03:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **DANNY McLAIN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **Case Number:** |
| v. | ) **2:07-cv-1080-JEO** |
| | ) |
| **LIBERTY NATIONAL LIFE** | ) |
| **INSURANCE COMPANY,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER OF DISMISSAL

In accord with the Memorandum of Opinion entered contemporaneously herewith, it is hereby **ORDERED** that both of the plaintiff's motions to strike (Docs. 34 and 35) are **DENIED**; that Liberty National's motion to strike (Doc. 32) is **GRANTED IN PART,** to the extent specified in the magistrate judge's Report and Recommendation but otherwise **DENIED**; and that Liberty National's motion for summary judgment (Doc. 21) is **GRANTED**.  Accordingly, this action is **DISMISSED WITH PREJUDICE**.   Costs are taxed to the plaintiff.

**DONE**, this the 15th day of July, 2009.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE